## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| OMAR FELICIANO | : |
|    & | : |
| ISANETTE AYALA, | : CASE NO. 18-10933-MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : OBJECTION TO PLAN |
| OF REVENUE, | : |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| OMAR FELICIANO | : |
|    & | : |
| ISANETTE AYALA, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 19 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on May 14, 2018, by:

**18-10933-MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

Candyce I. Smith-Sklar at mail@njpalaw.com

**18-10933-MDC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  23541


EXECUTED ON: May 14, 2018

                                        Respectfully submitted by,


                       By:   /s/ Jim Peavler
                            Counsel
                            PA Department of Revenue
                            Office of Chief Counsel
                            Dept. 281061
                            Harrisburg, PA 17128-1061
                            PA I.D.  320663
                            Phone:  717-787-2747
                            Facsimile:  717-772-1459
                            jpeavler@pa.gov