# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-10933-MDC

OMAR FELICIANO
ISANETTE AYALA
800 TRENTON RD  APT 189

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    OMAR FELICIANO
    ISANETTE AYALA
    800 TRENTON RD  APT 189

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    CANDYCE I SMITH-SKLAR
    1901 N OLDEN AVE
    SUITE 22
    EWING, NJ 08618

                                  /S/ William C. Miller

Date: 8/3/2018   _____
                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee