IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                                          :
                                                   :        In Chapter 13
       OMAR FELICIANO &                        :
          ISANETTE AYALA,                   :        Bankruptcy No. 18-10933 (MDC)
                              Debtors. :
-------------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #35) which was filed on February 04, 2019.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: June 13, 2019         By:    */s/ Joshua Domer*
                                                   JOSHUA DOMER
                                                   Assistant City Solicitor
                                                   PA Attorney I.D. 319190
                                                   Attorney for the City of Philadelphia
                                                            and/or
                                                   Water Revenue Bureau
                                                   City of Philadelphia Law Department
                                                   Municipal Services Building
                                                   1401 JFK Boulevard, 5th Floor
                                                   Philadelphia, PA 19102-1595
                                                   215-686-0519 (phone)
                                                   Email: Joshua.Domer@phila.gov