# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| OMAR FELICIANO | : CASE NO. 18-10933-MDC |
| & | : |
| ISANETTE AYALA, | : |
|       DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : OBJECTION TO PLAN |
| OF REVENUE, | : |
| | : |
|       MOVANT | : |
| | : |
| V. | : |
| | : |
| OMAR FELICIANO | : |
| & | : |
| ISANETTE AYALA, | : |
| | : |
|       RESPONDENT | : RELATED TO DOCKET NO. 54 |

### CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED AMENDED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on October 1, 2019 by:

**18-10933-MDC Notice will be electronically mailed to:**

Joshua Domer at Joshua.domer@phila.gov, karena.blaylock@phila.gov

Kevin G. McDonald at bkgroup@kmllawgroup.com

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Keith D. Sklar at mail@njpalaw.com, r56958@notify.bestcase.com

Candyce I. Smith-Sklar at mail@njpalaw.com, r56958@notify.bestcase.com

Anthony St. Joseph at anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov, CaseView.ECF@usdoj.gov

**18-10933-MDC Notice will not be electronically mailed to:**

Capital One Bank (USA) N.A. Cabelas Club Visa by American Infosource as agent
4515 N Sante Fe Ave
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

EXECUTED ON: October 1, 2019

              Respectfully submitted by,

              /s/ Jim Peavler
              Counsel
              PA Department of Revenue
              Office of Chief Counsel
              Dept. 281061
              Harrisburg, PA 17128-1061
              PA I.D.  320663
              Phone:  717-787-2747
              Facsimile:  717-772-1459
              jpeavler@pa.gov