LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. OLDEN AVENUE, SUITE 22
EWING, NEW JERSEY  08618
KEITH D. SKLAR, ESQ.
ATTORNEY FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | OMAR FELICIANO and | : | CHAPTER 13 |
| | ISANETTE AYALA | : | Case No.: 18-10933 (MDC) |
| | | : | |
| | Debtor(s) | : | CERTIFICATE OF |
| | | : | NO OBJECTION |

  I, KEITH D. SKLAR, certify that a copy of an Application for Compensation and Order Granting Compensation was served on the appropriate parties named in the certificate of service by either electronic notice or by first class United States Mail more than twenty-one (21) days ago and that no objection has been received by me or filed with this honorable court.

  **WHEREFORE,** Debtor's attorney seeks an Order granting legal fees in the amount of $4597.00 to be paid as administrative expenses through the Debtor's Chapter 13 Plan.

Dated:  October 27, 2019    */s/Keith D. Sklar, Esq.*
                Keith D. Sklar, Esq.