United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 18-10933-mdc
Omar Feliciano                                                       Chapter 13
Isanette Ayala
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia           Page 1 of 1           Date Rcvd: Nov 15, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db/jdb        +Omar Feliciano,   Isanette Ayala,   800 Trenton Road,   Apt 189,   Langhorne, PA 19047-5610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
              ANTHONY  ST. JOSEPH   on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Isanette  Ayala mail@njpalaw.com,
               r56958@notify.bestcase.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor Omar  Feliciano mail@njpalaw.com,
               r56958@notify.bestcase.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEITH D. SKLAR    on behalf of Joint Debtor Isanette  Ayala mail@njpalaw.com,
               r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Debtor Omar  Feliciano mail@njpalaw.com,  r56958@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Omar Feliciano and Isanette Ayala, | : | |
| Debtors. | : | Bankruptcy No. 18-10933 mdc |

# O R D E R

**AND NOW**, on August 15, 2019, the debtors, Omar Feliciano and Isanette Ayala (the "Debtors") filed the Motion to Modify/Cramdown Claim of Internal Revenue Service (6-2) (the "Motion ").[1]

**AND**, on September 3, 2019, the Internal Revenue Service (the "IRS") filed the IRS's Response to Debtors' Motion to Modify the Internal Revenue Service's Claim (the "Response").[2]

**AND**, on September 10, 2019, the Court held a hearing on the Motion and the Response (the "Hearing").[3]

**AND**, at the close of the Hearing, the Court ordered the Debtors and the Internal Revenue Service (the "IRS") to file simultaneous briefs in support of their respective arguments ("Brief in Support") on or before October 17, 2019.[4]

**AND**, as of the date of this Order, no Brief in Support has been filed by either the Debtors or the IRS.

It is hereby **ORDERED** that the Motion is **DENIED** for failure to prosecute. *See Hewlett v. Davis*, 844 F.2d 109, 114 (3d Cir. 1988) ("The power to dismiss for failure to prosecute, which may be exercised with or without notice or opportunity to be heard, rests in the discretion of the trial court and is

---

[1] Bankr. Docket No. 45.

[2] Bankr. Docket No. 49.

[3] Bankr. Docket No. 50.

[4] Bankr. Docket No. 50.

part of its inherent authority to prevent undue delays in the disposition of pending cases and to avoid congestion in its docket.").

Dated: November 15, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Keith D. Sklar, Esquire
Candyce I. Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

Anthony St. Joseph, Esquire
US Attorney's Office EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912