Alltran Financial, LP
PO Box 610
Sauk Rapids, MN 56379


Alltran Financial, LP
PO Box 722910
Houston, TX 77272


American Signature Furniture
Wfnnb
Po Box 182125
Columbus, OH 43218


ARS National Services
P.O. Box 469100
Escondido, CA 92046


ARS National Services Inc.
PO Box 469100
Escondido, CA 92046


ASF Pay Solution
640 Plaza Drive Ste#300
Littleton, CO 80129


Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410


Bank of America, N.A.
PO Box 25118
Tampa, FL 33622


Best Buy Credit Services
PO Box 790441
Saint Louis, MO 63179

Bureau of Collections & Taxpayer Service
P.O. Box 281041
Harrisburg, PA 17128


Cabela's Club Visa
PO Box 82519
Lincoln, NE 68501


Cain & Weiner
1699 East Woodfield Road#360
Schaumburg, IL 60173


Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206


Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63129


City of Philadelphia
Department of Revenue
P.O. Box 1630
Philadelphia, PA 19105


Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

Client Services, Inc.
3451 Harry S. Truman Blvd
Saint Charles, MO 63301


Comenity Bank/Lane Bryant
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Discover Bank
P.O Box 3025
New Albany, OH 43054


FedLoan Servicing
Attention: Bankruptcy
Po Box 69184
Harrisburg, PA 17106


G M A C
200 Renaissance Ctr
Detroit, MI 48243


GB Collects, LLC
1253 Haddonfield Berlin Road
Voorhees, NJ 08043


Global Credit & Collection Corp
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656


IRS
PO Box 7346
Philadelphia, PA 19101


Jaffe & Asher LLP
2041 Springwood Road
York, PA 17403

Liberty Mutual Insurance
PO Box 85830
San Diego, CA 92186


MCM
PO Box 13105
Roanoke, VA 24031


Midland Credit Management, Inc
2365 Northside Drive, Suite 300
San Diego, CA 92108


Northstar Location Services, LLC
ATTN: Financial Services Dept
4285 Genesee Street
Buffalo, NY 14225


NTB/CBSD
CitiCards Private Label Centralized Bank
Po Box 790040
Saint Louis, MO 63179


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222


Portfolio Recovery Associates, LLC
120 Corporate Blv.,
Norfolk, VA 23502


Prsm/cbsd
CitiCorp Credit Services/Centralized Ban
Po Box 790040
Saint Louis, MO 63179


Syncb/hhgreg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Syncb/whitehall
C/o Po Box 965036
Orlando, FL 32896

Synchrony Bank/ JC Penneys
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440

Td Auto Finance
Po Box 9223
Farmington Hills, MI 48333

```
Toyota Motor credit Corp
Po Box 8026
Cedar Rapids, IA 52408


US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


WFFNB/Bobs Discount Furniture
Po Box 10438
Des Moines, IA 50306


World's Foremost Bank
4800 NW 1st Street, Suite 300
Lincoln, NE 68521


Worlds Foremost Bank N
Attn: Bankruptcy
4800 Nw 1st St
Lincoln, NE 68521
```