Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

| | |
|---|---|
| **In the Matter of**: | Case No. 18-10933 (MDC) |
| | Chapter 13 |
| OMAR FELICIANO and | |
| ISANETTE AYALA, | |
| **Debtor(s)** | |

## CERTIFICATE OF SERVICE

I, KEITH D. SKLAR, Esquire do solemnly affirm that I caused to be served on the party below and true and correct copy of this **ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES** by U.S. Mail, First Class in a pre-paid postage envelope and/or by the court's ECF system:

William C. Miller, Esq.  
Standing Chapter 13 Trustee  
1234 Market Street, 18th Floor  
Philadelphia, PA 19107

Omar Feliciano  
Isanette Ayala  
800 Trenton Road, Apt. 189  
Langhorne, PA 19047

Creditor Matrix

Dated: December 19, 2019                         */s/Keith D. Sklar, Esq.*
                                                  Keith D. Sklar, Esq.
                                                  Attorney for Debtors