```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                         Case No. 18-10933-mdc
Omar Feliciano                                                 Chapter 13
Isanette Ayala
           Debtors                 CERTIFICATE OF NOTICE
District/off: 0313-2           User: Virginia              Page 1 of 3              Date Rcvd: Dec 18, 2019
                               Form ID: pdf900             Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Omar Feliciano,    Isanette Ayala,    800 Trenton Road,    Apt 189,    Langhorne, PA 19047-5610
14054314       #+ASF Pay Solution,    640 Plaza Drive Ste#300,    Littleton, CO 80129-2399
14054310       #+Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
14054316       +Bank of America, N.A.,    PO Box 15284,    Wilmington, DE 19850-5284
14054317       +Bank of America, N.A.,    PO Box 25118,    Tampa, FL 33622-5118
14093887       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14054318       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14054319       +Bureau of Collections & Taxpayer Service,    P.O. Box 281041,    Harrisburg, PA 17128-1041
14082971        CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA,     PO BOX 82609,    LINCOLN, NE 68501-2609
14054321       +Cain & Weiner,    1699 East Woodfield Road#360,    Schaumburg, IL 60173-4935
14054323       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14054324       +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14054325       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
14072164       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
14054330       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14054332       +GB Collects, LLC,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
14054335       +Jaffe & Asher LLP,    2041 Springwood Road,    York, PA 17403-4836
14054340       +NTB/CBSD,   CitiCards Private Label Centralized Bank,     Po Box 790040,
                 Saint Louis, MO 63179-0040
14054339       +Northstar Location Services, LLC,    ATTN: Financial Services Dept,     4285 Genesee Street,
                 Buffalo, NY 14225-1943
14054341       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14054343       +Prsm/cbsd,    CitiCorp Credit Services/Centralized Ban,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14054353       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor credit Corp,      Po Box 8026,   Cedar Rapids, IA 52408)
14054351       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14054352       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
14062169       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14062601       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14091766        U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
                 Harrisburg, PA   17106-9184
14054355       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
14054356       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14054357       +WFFNB/Bobs Discount Furniture,    Po Box 10438,    Des Moines, IA 50306-0438
14077568        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA    50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2019 03:36:42      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:03     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA   19102
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 19 2019 03:42:56
                 Capital One Bank (USA) N.A Cabelas Club Visa by Am,     4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14054312       +E-mail/Text: legal@arsnational.com Dec 19 2019 03:36:05     ARS National Services,
                 P.O. Box 469100,    Escondido, CA 92046-9100
14054309       +E-mail/Text: bnc@alltran.com Dec 19 2019 03:36:00     Alltran Financial, LP,    PO Box 722910,
                 Houston, TX 77272-2910
14054311       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2019 03:36:08
                 American Signature Furniture,    Wfnnb,    Po Box 182125,    Columbus, OH 43218-2125
14054326        E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:02     City of Philadelphia,
                 Department of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105
14262422        E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:03
                 City of Philadelphia/Water Revenue Bureau,    c/o Joshua Domer, Esq.,
                 Municipal Services Building,    1401 JFK Blvd, 5th Floor,    Philadelphia, PA 19102-1595
14178853       +E-mail/Text: megan.harper@phila.gov Dec 19 2019 03:37:02
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14054320       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:43:28      Cabela's Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
```

```
District/off: 0313-2          User: Virginia              Page 2 of 3                   Date Rcvd: Dec 18, 2019
                              Form ID: pdf900             Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14054322      +E-mail/Text: cms-bk@cms-collect.com Dec 19 2019 03:36:05       Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14054327      +E-mail/Text: mediamanagers@clientservices.com Dec 19 2019 03:35:58      Client Services, Inc.,
               3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14054328      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 19 2019 03:36:09      Comenity Bank/Lane Bryant,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14262662       E-mail/Text: bnc-quantum@quantum3group.com Dec 19 2019 03:36:13
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
14054329      +E-mail/Text: mrdiscen@discover.com Dec 19 2019 03:35:59       Discover Bank,   P.O Box 3025,
               New Albany, OH 43054-3025
14054331      +E-mail/Text: ally@ebn.phinsolutions.com Dec 19 2019 03:35:58      G M A C,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
14054333      +E-mail/Text: bankruptcy@affglo.com Dec 19 2019 03:36:33       Global Credit & Collection Corp,
               5440 N. Cumberland Ave., Suite 300,    Chicago, IL 60656-1486
14054334       E-mail/Text: cio.bncmail@irs.gov Dec 19 2019 03:36:04       Internal Revenue Service,
               955 South Springfield Avenue,    Springfield, NJ 07081
14054336      +E-mail/Text: bankruptcies@libertymutual.com Dec 19 2019 03:36:32      Liberty Mutual Insurance,
               PO Box 85830,    San Diego, CA 92186-5830
14054337      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 03:36:30       MCM,   PO Box 13105,
               Roanoke, VA 24031-3105
14054338      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 03:36:30       Midland Credit Management, Inc,
               2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14084834      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2019 03:36:30       Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14054342       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:42:52
               Portfolio Recovery Associates, LLC,    120 Corporate Blv.,,    Norfolk, VA 23502
14062940       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:30
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14054556      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2019 03:43:13
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14059030       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2019 03:36:28
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14054344      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:28       Syncb/hhgreg,   Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14054345      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:09       Syncb/whitehall,
               C/o Po Box 965036,    Orlando, FL 32896-0001
14054346      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:42:49       Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14054347      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:27       Synchrony Bank/Amazon,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14054348      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:43:09       Synchrony Bank/Care Credit,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14054349      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:42:49       Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14054350      +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2019 03:42:49       Synchrony Bank/Sams,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14054358      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:43:28
               World's Foremost Bank,   4800 NW 1st Street, Suite 300,    Lincoln, NE 68521-4463
14054359      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 19 2019 03:42:51
               Worlds Foremost Bank N,    Attn: Bankruptcy,    4800 Nw 1st St,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14054313*     +ARS National Services Inc.,    PO Box 469100,    Escondido, CA 92046-9100
14054354*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Mtr,     Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
14054315     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                     TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-2          User: Virginia              Page 3 of 3                  Date Rcvd: Dec 18, 2019
                              Form ID: pdf900             Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

```
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Isanette   Ayala mail@njpalaw.com,
               r56958@notify.bestcase.com
              CANDYCE I. SMITH-SKLAR    on behalf of Debtor Omar   Feliciano mail@njpalaw.com,
               r56958@notify.bestcase.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA  DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEITH D. SKLAR    on behalf of Debtor Omar   Feliciano mail@njpalaw.com, r56958@notify.bestcase.com
              KEITH D. SKLAR    on behalf of Joint Debtor Isanette   Ayala mail@njpalaw.com,
               r56958@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Omar Feliciano and Isanette Ayala, | : | |
| Debtors. | : | Bankruptcy No.   18-10933-MDC |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtors shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.   All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtors shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.   Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtors' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtors pursuant to 11 U.S.C. §1326(a)(2).

Dated: December 18, 2019

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Keith D. Sklar, Esquire
Candyce I. Smith-Sklar, Esquire
Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912