| | | | |
|---|---|---|---|
| Name | Omar Feliciano & Isanette Ayala | | |
| Address | 800 Trenton Road, Apt 189 | | |
| City, State, Zip | Langhorne, PA  19047 | | |

| | | | |
|---|---|---|---|
| Type of Case | Bankruptcy Case 18-10933 | | |

| Date | Description | Hours | Total |
|---|---|---|---|
| 2/2/2018 | Meeting with client to discuss filing of bankruptcy | 1.50 | $ 525.00 |
| 2/9/2018 | Reviewed all debtors' paperwork and filled out petition schedules, filed | 3.50 | $ 1,225.00 |
| 5/9/2018 | Prepared and filed amended SOFA | 0.25 | $ 87.50 |
| 8/2/2018 | Attended Confirmation Hearing- result hearing continued | 1.50 | $ 525.00 |
| 10/10/2018 | Prepared and filed objection to Trustee's Motion to Dismiss | 0.50 | $ 175.00 |
| 1/30/2019 | Prepared and filed First Amended Plan Prepared and filed Schedules I and J | 1.50 | $ 525.00 |
| 4/4/2019 | Attended Confirmation Hearing- result hearing continued | 1.50 | $ 525.00 |
| 4/23/2019 | Negotiated with City of Phila attorney to reduce the City's claim | 1.00 | $ 350.00 |
| 5/7/2019 | Continued negotiation with City's atty and reached an agreement on City's tax claim | 1.00 | $ 350.00 |
| 6/12/2019 | Prepared and filed Second Amended Plan | 1.00 | $ 350.00 |
| 8/15/2019 | Attended Confirmation Hearing and Motion to Dismiss Hearing | 1.50 | $ 525.00 |
| 8/15/2019 | Prepared and filed Motion to Cram down IRS Claim | 1.25 | $ 437.50 |
| 9/10/2019 | Attended hearing on Motion to Cram down IRS Claim | 1.25 | $ 437.50 |
| | | 17.25 | $ 6,037.50 |
| | Amount Paid by Debtor | | $ 1,440.00 |
| | **Total Amount Due** | | **$ 4,597.50** |