Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

| | |
|---|---|
| **In the Matter of:** | Case No. 18-10933 (MDC) |
| | Chapter 13 |
| OMAR FELICIANO and | |
| ISANETTE AYALA, | |
| **Debtor(s)** | |

### ORDER

**AND NOW THIS** 12th day of March, 2020 and for good cause having been shown, Debtors' attorney's request for legal fees earned is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay through the Debtors' chapter 13 plan as an administrative expense $4,597.50 as legal fees earned.

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court
Eastern District of Pennsylvania