United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Omar Feliciano  
Isanette Ayala  
       Debtors

Case No. 18-10933-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 12, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.  
db/jdb       +Omar Feliciano,   Isanette Ayala,   800 Trenton Road,   Apt 189,   Langhorne, PA 19047-5610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:

       ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov  
       CANDYCE I. SMITH-SKLAR    on behalf of Joint Debtor Isanette Ayala mail@njpalaw.com, r56958@notify.bestcase.com  
       CANDYCE I. SMITH-SKLAR    on behalf of Debtor Omar Feliciano mail@njpalaw.com, r56958@notify.bestcase.com  
       JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us  
       JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
       KEITH D. SKLAR    on behalf of Joint Debtor Isanette Ayala mail@njpalaw.com, r56958@notify.bestcase.com  
       KEITH D. SKLAR    on behalf of Debtor Omar Feliciano mail@njpalaw.com, r56958@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                              TOTAL: 12

Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Keith D. Sklar, Esq. (91524)
Attorney for Omar Feliciano and Isanette Ayala

## IN THE UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

| | |
|---|---|
| **In the Matter of:** | Case No. 18-10933 (MDC) |
| | Chapter 13 |
| OMAR FELICIANO and | |
| ISANETTE AYALA, | |
| **Debtor(s)** | |

### ORDER

**AND NOW THIS** _12th_ day of _March_, ~~2019~~ 2020 and for good cause having been shown, Debtors' attorney's request for legal fees earned is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Standing Chapter 13 Trustee shall pay through the Debtors' chapter 13 plan as an administrative expense $4,597.50 as legal fees earned.

_Magdeline D. Coe_
Hon. Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court
Eastern District of Pennsylvania